Danvers E. LONG, Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION, Respondent.

No. 2010–3108.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2010.

## ON MOTION

### ORDER

The Association of Administrative Law Judges et al. (AALJ) move without opposition for leave to file a brief amicus curiae in support of Danvers E. Long. AALJ also moves for leave to participate in oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to file a brief amicus curiae is granted.

(2) The motion for leave to participate in oral argument is deferred for consideration by the merits panel assigned to hear this case. Copies of this order and the motion shall be transmitted to the merits panel.